# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0023

_____

B.R. and S.R., the temporary
custodial care providers of
T.J.S.M. and L.E.R.,

    Petitioners,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 22, 2019

PER CURIAM.

Because Petitioners fail to establish a departure from the essential requirements of law by the trial court, the writ is DENIED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ross A. Keene, Pensacola, for Petitioners.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Respondent.